467 A.2d 1303

**Joseph Jude OLIVER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 17, 1983.

Decided Dec. 6, 1983.

Joseph Jude Oliver, pro se.

Harold H. Cramer, Asst. Counsel, Harrisburg, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The case is dismissed as moot.